AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23−mj−00151 |
|   | ) Assigned To : Harvey, G. Michael |
|   | ) Assign. Date : 6/30/2023 |
| Terry Allen | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Terry Allen,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 USC 1752(a)(4) - Engaging in Physical Violence in Restricted Building or on Restricted Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(b) - Assaulting, Resisting, or Impeding a Federal Officer.

Date: 06/30/2023

Digitally signed by G. Michael Harvey
Date: 2023.06.30 11:45:01 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/30/2023, and the person was arrested on *(date)* 7/6/2023
at *(city and state)* Spring Mills, PA.

Date: 7/6/2023

*Arresting officer's signature*

Bradley Snatchbrder Special Agent
*Printed name and title*