IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 1:23-MJ-00151 |
| | ) | |
| TERRY ALLEN, | ) | |
| | ) | |
| DEFENDANT | ) | |

## NOTICE OF APPEARANCE

COMES NOW Nicole Cubbage and enters her appearance as counsel for Mr. Terry Allen in the above captioned case.

Respectfully Submitted,

By:

    Nicole Cubbage /s/
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C. 20002
703-209-4546
cubbagelaw@gmail.com

Certificate of Service
I certify that a copy of the forgoing was filed electronically for all parties of record on this 19th day of July, 2023.
____/s/_____
Nicole Cubbage
Attorney for Mr. Allen

1