IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 23-MJ-151 (GMH) |
| | ) | |
| | ) | |
| TERRY ALLEN | ) | |

### NOTICE OF FILING

The Defendant, TERRY ALLEN, by his counsel, Kira Anne West, hereby files this notice of filing, a discovery letter to the government from the defense dated July 26th, 2023.

Respectfully submitted,

KIRA ANNE WEST

By:   /s/ *Kira A. West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 26th day of July, 2023 a copy of same was delivered to the parties of record, by email pursuant to the rules of the Clerk of Court.

  /S/ *Kira West*
Kira Anne West